UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Shirlee I. Miles | : | CHAPTER 7 |
| Debtor | : | |
| | : | Bankruptcy |
| | : | Case No. 12-19697 |
| Shirlee I. Miles | : | |
| Plaintiff | : | Adversary Case No. |
| v. | : | 18-00168 |
| Capital One Bank (USA), N.A., | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 9th day of October 20 19 , upon consideration of Debtor's Complaint to

Avoid Judicial Lien of Capital One Bank (USA), N.A., the same shall be GRANTED.

IT IS FURTHER ORDERED THAT the Judicial Lien on the Debtor's residence located at 715

West Wingohocking Street, Philadelphia, PA 19140, resulting from the judgment entered in the

case of Capital One Bank (USA), N.A. v. Shirlee I. Miles, in the Philadelphia Municipal Court in

Pennsylvania, Case ID number 120501775, is hereby AVOIDED. Said judicial lien is hereby

VACATED.

Magdeline D. C

Magdeline D. Coleman
Chief United States Bankruptcy Judge